UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>T. TISSERAND,<br><br>    Defendant. | No. 2:15-cv-2524 AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

   In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to

////

////

////

1

1  comply with this order will result in a recommendation that this action be dismissed without
2  prejudice.
3  DATED; January 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE