1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHARLES E. WALKER,                          No.  2:15-cv-2524 AC P

12                 Plaintiff,

13         v.                                      ORDER

14    T.TISSERAND,

15                 Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  Upon review of plaintiff's application to proceed in forma pauperis, it was

20    discovered that he had not filed a certified copy of his prison trust account statement for the six

21    month period immediately preceding the filing of the complaint and he was ordered to submit the

22    required statement.  ECF No. 5.  In response to that order, plaintiff has filed a trust account

23    statement and a declaration in which he states that it is "a true statement of his trust account, as

24    was provided to him by the trust office at Mule Creek State Prison."  ECF No. 6.  However, the

25    trust account statement must be certified by a prison official, not by plaintiff.  28 U.S.C. §

26    1915(a)(2).  Plaintiff shall be given another opportunity to provide a certified copy of his prison

27    trust account statement that is certified by an appropriate prison official.

28    ////

1

1    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

2  within thirty days from the date of this order, a certified copy of his prison trust account statement

3  for the six month period immediately preceding the filing of the complaint.  The statement must

4  be certified by an appropriate prison official.  Plaintiff's failure to comply with this order will

5  result in a recommendation that this action be dismissed without prejudice.

6  DATED: February 9, 2016

7

8  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2